IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**FIRESTONE FINANCIAL CORP.,**

**Plaintiff,**

**v.**                                                                    **CIVIL NO. 10-2261 (GAG)**

**TWO GUYS VENDING, INC., et al.,**

**Defendants.**

## JUDGMENT

As per the court's order issued on this date (Docket No. 21), default judgment is hereby entered against TWO GUYS VENDING, INC. in the amount of $221,308.00, pursuant to FED.R.CIV.P. 55(b)(2). Plaintiff may move separately for attorney's fees and costs, with supporting memoranda.

**SO ORDERED.**

In San Juan, Puerto Rico this 10th day of May, 2011.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge